IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HARRIS COUNTY HOUSTON TEXAS DIVISION:

United States Courts
Southern District of Texas
FILED
DEC 26 2019
David J. Bradley, Clerk of Court

Jesse Lee Drones #447216 · NOTICE of APPEAL
VS. · NOTICE of APPEAL · Case No. APPEAL
T-D-C-J · To Continue · #:19-cv-4478
Officers, Employees, And Official Director

for all party members to comply with an appeal order in this court to continue to the statute of delay years overdue Damage Compensation Award suffering because of fees and costs indigent appears to poor to pay expensive needs other payment cause ineffective on Assistance of counsel on disability misrepresentation independent Affirming Jurisdiction interest in victim injured of the state of Texas to hold Drones Imprisonment for Double Jeopardy A Date Cate of years suffering Depression to continue in Rule 14, 18, 22, 42, Indisposition claim of Justice on Investigation.

Notice of Appeal Jesse Lee Drones #447216

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HARRIS COUNTY HOUSTON TEXAS DIVISIONS

Jesse Lee Drones #472216           NOTICE OF APPEAL
VS.     NOTICE OF APPEAL           Case No. Appeal
T.D.C.J.                           4:19-cv-4478
         TO CONTINUE
Officers Employees and Officials Director
for all Party Members to comply with an
appeal order in this court to continue
to the statute of delay years overdue
Damage Compensation Award suffering
because of fees and costs indigent
appears to rob to pay expensive need
other payment cause ineffective on a
assistance of counsel on disability
misrepresentation independent at home
jurisdiction interest in victim miles
of the State of Texas to hold Drones
imprisonment for Double Jeopardy and a
Date Case of years suffering depress
to continue in Kyle 14, 18, 39, 43
indisposition claim of Justice on
Investigation Jesse Lee Drones #472216

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HARRIS COUNTY HOUSTON TEXAS DIVISIONS:

Jesse Lee Droness #970216, NOTICE OF APPEAL
VS. NOTICE OF APPEAL CASE NO. APPEAL
T.D.C.J. TO CONTINUE 4:19-CV-4478
Officers, Employees, and Officials District.

For all party members to comply with an appeal order in this court to continue to the statute of delay years overdue damage compensation award suffering because of fees and costs incident offeror to pop to box expensive need other payment cause ineffective on of assistance of counsel on disability misrepresentation independent at home jurisdiction interest in victim mild of the state of Texas to hold Droness imprisonment for double jeopardy and a pole cate of years suffering depress to continue in style 14, 18, -32, 43,-- indisposition claim of justice on investigation Notice of appeal Jesse Lee Droness #970216

Jesse Moneybrown #02296246
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

[postmark: 17 DEC 2019 PM 2 T ABILENE TX 795]

United States Courts
Southern District of Texas
FILED
DEC 26 2019
David J. Bradley, Clerk of Court

Attorney of the Clerk
U.S. District Courthouse
Southern District of Texas
P.O. Box 6010
Houston, Texas 77208