# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 20-20007

United States Courts
Southern District of Texas
FILED
*March 06, 2020*

David J. Bradley, Clerk of Court

JESSE LEE DRONES,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

**H-19-CV-4478**

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of March 6, 2020, for want of prosecution. The appellant failed to timely comply with the Certificate of Appealability requirements.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Dawn Shulin*
Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Mar 06, 2020**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 06, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

   No. 20-20007   Jesse Drones v. Lorie Davis, Director
                  USDC No. 4:19-CV-4478

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dawn M. Shulin, Deputy Clerk
                              504-310-7658

cc w/encl:
    Mr. Jesse Lee Drones
    Mr. Edward Larry Marshall